NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GRAY OWL SERVICES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2015-5009

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00963-EJD, Senior Judge Edward J. Damich.

———————————

## JUDGMENT

———————————

MARIANNE G. DUGAN, Eugene, OR, argued for plaintiff-appellant.

MEEN GEU OH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* MOORE and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 September 15, 2015       /s/ Daniel E. O'Toole
      Date           Daniel E. O'Toole
                       Clerk of Court